UNITED STATES of America, Appellee,

v.

Charles P. SEACREST, Appellant.

No. 01–2892.

United States Court of Appeals, Eighth Circuit.

Submitted Nov. 28, 2001.

Filed Nov. 30, 2001.

Before HANSEN, FAGG, and BEAM, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Charles P. Seacrest appeals the district court's[1] denial of his 18 U.S.C. § 3582(c)(2) sentence-reduction motion. Having carefully reviewed the record and the parties' submissions on appeal, we adopt the court's reasoning—that Amendment 599 to the U.S. Sentencing Guidelines is inapplicable to Seacrest—and, accordingly, we affirm its judgment. *See* 8th Cir. R. 47B.

---

1. The Honorable Norman H. Stahl, United States Circuit Judge for the First Circuit, sitting by designation.

2. The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.

1. The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.